[No. 1830.]

FERNANDO RAMIREZ *v.* THE STATE.

THEFT — CHARGE OF THE COURT. — CIRCUMSTANTIAL EVIDENCE being alone relied upon to establish the fraudulent taking of the alleged stolen animal, the trial court, by failing to give in charge the law governing such evidence, committed fundamental error.

APPEAL from the District Court of Lee. Tried below before the Hon. I. B. McFarland.

The conviction in this case was for the theft of a horse, the property of Charles Wilson, in Lee county, Texas, on the 1st day of December, 1884. A term of five years in the penitentiary was the penalty assessed against the appellant.

No brief for the appellant.

*J. H. Burts*, Assistant Attorney-General, for the State.

WHITE, PRESIDING JUDGE. So far as the fraudulent taking of the animal is concerned, the evidence is wholly circumstantial. No charge or instruction was given the jury by the court upon the law applicable to such a state of facts. It is therefore, as has been repeatedly decided, fundamentally deficient. (See authorities collated in *Wright* v. *The State*, 18 Texas Ct. App., 358.)

The judgment is reversed and the cause remanded.

*Reversed and remanded.*